**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: DOVENMUEHLE MORTGAGE INC. ) | |
| ) | Misc. Proceeding No. 22-00404 |
| ) | |
| Proceedings to Enforce ) | |
| Fed. R. Bankr. P. 9036 ) | |

**STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING**

This Statement is filed on behalf of Dovenmuehle Mortgage Inc.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036.

The entity identified above registered for electronic bankruptcy noticing on March 24, 2022. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that that individual is an authorized agent of the entity identified above.

Signature: /s/ *Toni Townsend*
Typed Name: Toni Townsend
Date: April 15, 2022