United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-404 |
| DOVENMUEHLE MORTGAGE INC | § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 6 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 04/21/2022

_____
Marvin Isgur
United States Bankruptcy Judge